UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD D. YORK,

                                        Petitioner,

        v.

MAGGIE MILLER-STOUT,

                                        Respondent.

No. C09-5513 RBL/KLS

ORDER DENYING MOTION FOR THE
APPOINTMENT OF COUNSEL

        This 28 U.S.C. § 2254 petition has been assigned to United States Magistrate Judge

Karen L. Strombom pursuant to 28 U.S. C. § 636(b)(1) and Local MJR 3 and 4.  Petitioner has

filed a motion for the appointment of counsel.  Dkt. 8.  Petitioner requests the appointment of

counsel because he cannot afford one, his imprisonment will greatly limit his ability to litigate,

the issues are complex, and his access to a law library is limited, and  *Id.*

        There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254

unless an evidentiary hearing is required, because the action is civil, not criminal, in nature.  See

*Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164,

1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United

States District Courts.  An evidentiary hearing has not been granted in this case and the claims in

the petition are adequately set forth and articulated.  Petitioner has not yet demonstrated that an

evidentiary hearing is necessary or that he is entitled to one.

ORDER DENYING MOTION FOR COUNSEL - 1

Accordingly, it is **ORDERED**:

(1)     Petitioner's motion for counsel (Dkt. 8) is **DENIED**.

(2)     The Clerk is directed to send copies of this Order to Petitioner.

DATED this <u>10th</u> day of November, 2009.

Karen L. Strombom
United States Magistrate Judge