UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD D. YORK,

                          Petitioner,

    v.

MAGGIE MILLER-STOUT,

                          Respondent.

No. C09-5513 RBL/KLS

ORDER DENYING AMENDED MOTION
FOR THE APPOINTMENT OF COUNSEL

Before the court is Petitioner's Amended Motion For Appointment of Counsel. Dkt. 14. Petitioner states that he is submitting this amended motion (dated November 19, 2009), because he failed to place his name and number on his previous application for counsel. *Id.*, p. 3.

The court considered and denied Petitioner's initial application for counsel (Dkt. 8) because there is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required, no evidentiary hearing has been granted in this case and the claims are adequately set forth and articulated. The court's order is dated November 10, 2009, but was not docketed and mailed to Petitioner until November 16, 2009. Dkt. 12. The petitioner's amended motion and the court's order appear to have crossed in the mails.

ORDER DENYING MOTION FOR COUNSEL - 1

Accordingly, it is **ORDERED** that Petitioner's Amended Motion for Appointment of Counsel (Dkt. 14) is **DENIED as moot**. The Clerk is directed to send copies of this Order to Petitioner.

DATED this  14th  day of December, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER DENYING MOTION FOR COUNSEL - 2