FILED____LODGE
____RECEIVED
JAN 15 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD D. YORK,<br><br>Petitioner,<br><br>v.<br><br>MAGGIE MILLER-STOUT,<br><br>Respondent. | NO. C09-5513 RBL/KLS<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLY |

Before the Court is Petitioner's Motion for Extension of Time. Dkt. 23. Petitioner seeks a 60 day extension of time to file his reply to Respondent's Answer and Memorandum of Authorities. *Id.* Having reviewed the motion and balance of the record, the court

**ORDERS:**

1. Petitioner's motion for an extension of time to file his reply to Respondent's Answer (Dkt. 23) is **GRANTED.** Petitioner shall file his reply **on or before March 12, 2010.**

2. The Clerk shall **renote** Petitioner's habeas petition for **March 12, 2010.**

3. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

DATED this 15th day of January, 2010.

Karen L. Strombom
United States Magistrate Judge