HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD D. YORK,

           Petitioner,

    v.

MAGGIE MILLER-STOUT,

           Respondent.

Case No. C09-5513RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Request to Voluntarily Dismiss his habeas corpus petition [Dkt. #43]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Petitioner's request to voluntarily dismiss his habeas corpus petition is **GRANTED** pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk shall terminate all pending motions and close this case.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 14th day of September, 2010.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1